IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| KAREN RIGGINS, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | No. 1:11-cv-00030 |
| V. ) | Jury Demand |
| ) | Judges Sharp/Knowles |
| FIRST FARMERS AND MERCHANTS BANK, ) | |
| ) | |
| **Defendant.** ) | |

## ORDER OF DISMISSAL

Upon plaintiff's request pursuant to Fed. R. Civ. P. 41(a)(2), it is ORDERED that this case is dismissed with prejudice.

_____
JUDGE KEVIN H. SHARP

**APPROVED FOR ENTRY BY:**

/s/ Stephen W. Grace
Stephen W. Grace (TN14867)
1019 16th Avenue South
Nashville, Tennessee 37212
(615) 255-5225
sgrace@sgracelaw.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2011, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, including Mary Dohner Smith, Esq. and Marcia McShane Watson, Esq., Constangy, Brooks & Smith, LLP, 401 Commerce Street, Suite 700, Nashville, Tennessee 37219. Parties may access this filing through the Court's electronic filing system.

/s/ Stephen W. Grace